IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JEFFREY SCOTT FLACK                                             PLAINTIFF

v.                                        No. 3:13CV82-MPM-JMV

WARDEN OUTLAW, ET AL.                                    DEFENDANTS

## JUDGMENT

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is **ORDERED**:

1. That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court; and

3. That the plaintiff's claims against all defendants except Lt. Jane Doe and A. Bowens are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted;

4. That all defendants except Lt. Jane Doe and A. Bowens are **DISMISSED** with prejudice from this case.

5. That the plaintiff's claims regarding failure to protect him will **PROCEED** against defendants Lt. Jane Doe and A. Bowens.

**SO ORDERED**, this, the 5th day of June, 2014.

                                                           /s/ MICHAEL P. MILLS
                                                           UNITED STATES DISTRICT JUDGE
                                                           NORTHERN DISTRICT OF MISSISSIPPI